John Fauls, appellee, v. Keasbey & Mattison Company, appellant. Gen. No. 24,331.

Action to recover for personal injury to employee from explosion of steam boiler. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Edward M. Mangan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Af-

firmed. Opinion filed May 21, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Culver, Andrews, King & Stitt, for appellant. Aaron R. Eppstein and Joseph J. Sullivan, for appellee.

Mr. Justice Taylor delivered the opinion of the court.